AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dein. Judith G. | 2. Court or Organization<br><br>U.S. District Court. MA | 3. Date of Report<br><br>05/8/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.Magistrate Judge-full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>United States District Court<br>One Courthouse Way<br>Boston. Massachusetts 02210 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | Massachusetts Bar Foundation |
| 2. | Trustee | Union College. Schenectady. NY |
| 3. | Fellow | American Bar Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Goulston & Storrs - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Agilent Technologies Inc. stock | | None | J | T | | | | | |
| 2. SBC Communications Inc. | | None | J | T | | | | | |
| 3. Bank of America account | A | Interest | N | T | | | | | |
| 4. Bank of America account | A | Interest | M | T | | | | | |
| 5. Vodafone Airtouch PLC | A | Dividend | J | T | | | | | |
| 6. Baron Growth Fund | D | Int./Div. | N | T | | | | | |
| 7. TRowe Mid Cap Fund | C | Int./Div. | O | T | | | | | |
| 8. Vanguard 500 Index Fund | D | Int./Div. | O | T | | | | | |
| 9. Israeli Bonds | A | Dividend | J | T | | | | | |
| 10. AT&T stock | A | Dividend | J | T | | | | | |
| 11. Mass. ST CONS LN | B | Interest | L | T | | | | | |
| 12. Needham Bank Acct | A | Interest | L | T | | | | | |
| 13. FIA Card Services NA RASP | A | Interest | J | T | | | | | |
| 14. Phoenix Concierge Acct | A | Interest | K | T | | | | | |
| 15. First Eagle Global Fund Class A M/F | A | Dividend | L | T | | | | | |
| 16. IVA Worldwide Fund Class C M/F | A | Int./Div. | J | T | | | | | |
| 17. Income Fund of Am. Funds M/F | A | Interest | | | Sold | 01/15/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Limited Term Mun Bond Fund Class C M/F | A | Interest | K | T | | | | | |
| 19. Thornburg Ltd Term Mun. Fund Class C M/F | B | Interest | M | T | Buy (add'l) | 01/19/16 | L | | |
| 20. Western Asset Managed Municipals Fund Class I (X) | D | Dividend | L | T | Buy (add'l) | 01/20/16 | J | | |
| 21. Dividend Strategy Fund | A | Interest | K | T | | | | | |
| 22. Thornburg Investment Income Builder Fund Class C M/F | B | Interest | K | T | | | | | |
| 23. Thornburg Limited Term Municipal Fund Class A | A | Interest | K | T | | | | | |
| 24. UBS Bank USA Dep. Acct (various) | A | Interest | N | T | | | | | |
| 25. VOYA Lg Cap Val Fund Class C | A | Dividend | | | Sold | 01/15/16 | J | | |
| 26. First Eagle Growth & Income Fund Class C M/F | A | Dividend | K | T | | | | | |
| 27. Mainstay Unconstrained Bond Fund Class I | B | Dividend | L | T | | | | | see comment 1 |
| 28. Mainstay Unconstrained Bond Fund Class I | C | Dividend | L | T | Buy (add'l) | 01/20/16 | K | | |
| 29. Pioneer Fundamental Growth Class Y | C | Dividend | K | T | Sold (part) | 01/20/16 | J | | |
| 30. Pioneer Fundamental Growth Class Y | C | Dividend | K | T | Sold (part) | 01/20/16 | K | | |
| 31. Vanguard Charlotte FDS Total Intl BD Index Fund | A | Dividend | | | Sold | 01/20/16 | J | | |
| 32. Vanguard Charlotte FDS Total Intl BD Index Fund (now Vanguard TotalItl | B | Dividend | K | T | Buy (add'l) | 01/20/16 | K | | |
| 33. Loomis Sayles Strategic Income Fund | B | Dividend | L | T | Sold (part) | 01/20/16 | J | | |
| 34. Loomis Sayles Strategic Income Fund | C | Dividend | L | T | Buy (add'l) | 01/20/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wisdomtree Trust SmallCap Dividend Fund | C | Dividend | K | T | | | | | |
| 36. Vanguard Admiral FDS Inc 500 Val Inx Fund | A | Dividend | | | Sold | 01/20/16 | J | | |
| 37. Vanguard Admiral FDS Inc 500 Val Inx Fund | A | Dividend | | | Sold | 01/20/16 | J | | |
| 38. VanguardAdmiral FDS Inc 500 Growth Inx Fund | A | Dividend | | | Sold | 01/20/16 | J | | |
| 39. Vanguard Admiral FDS Inc 500 Growth Inx Fund | A | Dividend | | | Sold | 01/20/16 | K | | |
| 40. Vanguard Intl Equity Index FD Inc FSTE All | A | Dividend | | | Sold | 11/04/16 | K | | |
| 41. Vanguard Intl Equity Index FD Inc FSTE All | B | Dividend | | | Sold (part) | 01/20/16 | K | | |
| 42. | | | | | Sold | 11/04/16 | K | | |
| 43. Alger Dynamic Opportunities Fund | A | Dividend | | | Sold (part) | 01/20/16 | K | | |
| 44. | | | | | Sold | 11/01/16 | K | | |
| 45. Alger Dynamic Opportunities Fund | A | Dividend | | | Sold | 11/04/16 | K | | |
| 46. Principal Diversified Real Asset Fund A | A | Dividend | | | Sold | 01/20/16 | K | | |
| 47. Principal Diversified Real Asset Fund A | A | Dividend | | | Sold | 01/20/16 | K | | |
| 48. Natixis Oakmark Intl Fund Class A | A | Dividend | J | T | Sold (part) | 01/20/16 | J | | |
| 49. Natixis Oakmark Intl Fund Class A | B | Dividend | J | T | Sold (part) | 01/20/16 | K | | |
| 50. Principal FDS Inc Global Diversified | C | Dividend | L | T | Buy (add'l) | 01/20/16 | J | | |
| 51. Clearbridge Aggressive Growth Fund | | None | | | Sold | 01/20/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gabelli Small Cap Growth Class A | A | Dividend | | | Sold | 01/20/16 | K | | |
| 53. Vanguard Admiral FDS Inc Midcap 400 Indx | A | Dividend | | | Sold | 01/20/16 | K | | |
| 54. 1919 Socially Responsive Balanced Fund Class 1 FBOID | | None | K | T | Sold (part) | 01/20/16 | K | | |
| 55. | | | | | Buy (add'l) | 11/16/16 | K | | |
| 56. Dreyfus Third Cent Inc 1 FBOID | A | Dividend | | | Sold | 01/20/16 | J | | |
| 57. IShares MSCI KLD 400 Social ETF | A | Dividend | | | Sold | 01/20/16 | K | | |
| 58. PAX MSCI International HESG Index Fund Class Institutional | A | Dividend | | | Sold | 01/20/16 | J | | |
| 59. UBS Global Sustainable Equity Fund Class P(now Itl Sustainable Fund) | B | Dividend | L | T | Buy (add'l) | 01/20/16 | K | | |
| 60. Domini Social Bond Fund Investor Shares FBOID(now Domini Impact Bond) | B | Dividend | M | T | Buy (add'l) | 01/20/16 | L | | |
| 61. Cohen & Steers Global Infrastructure Fund Class 1 | A | Dividend | | | Sold | 01/20/16 | K | | |
| 62. Columbia Dividend Income Fund Z FBOID | A | Dividend | K | T | Sold (part) | 01/20/16 | J | | |
| 63. Equinox Campbell Strategy Fund Class 1 FBOID | A | Dividend | | | Sold (part) | 01/20/16 | J | | |
| 64. | | | | | Sold | 11/20/16 | K | | |
| 65. Mainstay Cushing Renaissance Advantage Fund Class 1 | A | Dividend | | | Sold | 01/20/16 | K | | |
| 66. Wisdomtree Trust Europe Hedged Equity FD | A | Dividend | | | Buy (add'l) | 01/20/16 | J | | |
| 67. | | | | | Sold | 11/04/16 | K | | |
| 68. Fidelity Advisor Biotechnology Fund Class 1 FBOID | | None | | | Sold | 01/20/16 | K | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15,000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100.001 - $1,000.000 | H1 =$1,000.001 - $5,000,000 | H2 =More than $5,000.000 | |
| 2. Value Codes | J =$15.000 or less | K =$15.001 - $50,000 | L =$50.001 - $100.000 | M =$100.001 - $250,000 | |
| (See Columns C1 and D3) | N =$250.001 - $500.000 | O =$500.001 - $1,000.000 | P1 =$1,000.001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Advisor Total Bond Fund Class 1 FBOID | B | Dividend | K | T | Buy (add'l) | 01/20/16 | K | | |
| 70. Thornburg Intl Value Fund 1 FBOID | A | Dividend | | | Sold | 01/20/16 | K | | |
| 71. Columbia Dividend Income Fund Z FBOID | C | Dividend | K | T | Sold (part) | 01/20/16 | J | | |
| 72. Columbia Flexible Capital Income Fund Class Z FBOID | B | Dividend | | | Buy (add'l) | 01/20/16 | J | | |
| 73. | | | | | Sold | 11/04/16 | K | | |
| 74. Equinox Campbell Strategy Fund Class 1 FBOID | A | Dividend | | | Sold (part) | 01/20/16 | J | | |
| 75. | | | | | Sold | 11/04/16 | K | | |
| 76. Wisdomtree Trust Europe Hedged Equity FD ETF | A | Dividend | | | Buy (add'l) | 01/20/16 | J | | |
| 77. | | | | | Sold | 11/04/16 | K | | |
| 78. Fidelity Advisor Total Bond Fund Class 1 FBOID | B | Dividend | K | T | Sold (part) | 01/20/16 | K | | |
| 79. Thornburg Intl Value Fund 1 FBOID | A | Dividend | | | Sold | 01/20/16 | J | | |
| 80. Alpine Income Tr Ult Muni Inst | A | Dividend | L | T | Buy (add'l) | 01/20/16 | L | | |
| 81. Mainstay High Yield Muni Bond Fund Class 1 | C | Dividend | L | T | Sold (part) | 01/20/16 | J | | |
| 82. Mainstay Tax Free Bond CL 1 | B | Dividend | L | T | Buy (add'l) | 01/20/16 | J | | |
| 83. Hartford Municipal Opportunities Fund Class 1 | B | Dividend | L | T | Buy (add'l) | 01/20/16 | K | | |
| 84. Clearbridge Aggressive Growth Fund Class C | A | Dividend | | | Sold | 01/15/16 | J | | |
| 85. MFS Blended Research Core Equity Fund | A | Dividend | | | Sold | 01/15/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Alpine High Yield Managed DUR Muni Fund | A | Dividend | K | T | Buy | 01/20/16 | K | | |
| 87. Wisdomtree Small Cap Divid ETF | D | Dividend | K | T | Buy | 01/20/16 | K | | |
| 88. Hartford Intl Growth Fund | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 89. Vanguard Total Bond Market ETF | | None | K | T | Buy | 01/20/16 | K | | |
| 90. Principal Global Multi Strategy | B | Dividend | K | T | Buy | 01/20/16 | K | | |
| 91. Principal FDS Inc Global Diversified Income Fund Cl P | D | Dividend | L | T | Buy | 01/20/16 | L | | |
| 92. Hartford Intl Growth Fund Class 1 | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 93. Vanguard Total Bond Market ETF | A | Dividend | K | T | Buy | 01/20/16 | K | | |
| 94. Principal Global Multi Strategy | A | Dividend | K | T | Buy | 01/20/16 | K | | |
| 95. Build NYC Resource Corp Assur RV CR 5 (X) | | None | L | T | Open | 12/23/16 | L | | See comment 2 |
| 96. Commerce BancShares Dep Ser B Preferred (X) | | None | K | T | Open | 12/23/16 | K | | |
| 97. Dunkirk NYC Sch Assur 2011 BE/R/4 (X) | | None | K | T | Open | 12/23/16 | K | | |
| 98. Goldman Sachs Group Inc 05.500% (X) | | None | K | T | Open | 12/23/16 | K | | |
| 99. Kinder Morgan Inc. (X) | | None | K | T | Open | 12/23/16 | K | | |
| 100. Minisink VY Cent Assur Pref BE/R/4.25 (X) | | None | J | T | Open | 12/23/16 | J | | |
| 101. Morgan Stanley B/E 03.875% (X) | | None | J | T | Open | 12/23/16 | J | | |
| 102. Nassau Cnty NY Swr & St Ser A (X) | | None | K | T | Open | 12/23/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  NYC Trans FINA BE/R/5.5 (X) | | None | J | T | Open | 12/23/16 | J | | |
| 104.  NYC Transition SR E BE/R/4 (X) | | None | K | T | Open | 12/23/16 | K | | |
| 105.  NY NY For Previou A-1 BE/R/4.25 (X) | | None | K | T | Open | 12/23/16 | K | | |
| 106.  NYS HSG Fin Agcy Persl Rev BE/R/4 (X) | | None | K | T | Open | 12/23/16 | K | | |
| 107.  Port Authority NY & NJ Rev BE/R/4 (X) | | None | K | T | Open | 12/23/16 | K | | |
| 108.  Rome NY Assur BE/R/4 (X) | | None | K | T | Open | 12/23/16 | K | | |
| 109.  Triborough Brdg & Tunl NY SR D (X) | | None | K | T | Open | 12/23/16 | K | | |
| 110.  UBS Cash Accout (X) | | None | N | T | Open | 12/23/16 | N | | |
| 111.  Vanguard 500 Index Fund Admiral | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 112.  Vanguard FTSE All World Ex-US ETF | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 113.  Vanguard S&P 500 Growth ETF | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 114.  Vanguard S&P 500 Value ETF | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 115.  Vanguard S&) Mid-Cap 400 | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 116.  Columbia Dividend Income Fund Z | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 117.  Mainstay Cushing Renaissance Advantage Fund Class I | A | Dividend | J | T | Buy | 06/27/16 | J | | |
| 118.  Natixis Oakmark Intl Fund Class A | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 119. | | | | | Buy (add'l) | 05/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 121. Pioneer Fundamental Growth Fund Class Y | B | Dividend | J | T | Buy | 04/25/16 | J | | |
| 122. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 123. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 124. Vanguard Total Intl Bond ETF | | None | J | T | Buy | 06/27/16 | J | | |
| 125. Vanguard Total Bond Mkt ETF | | None | J | T | Buy | 04/25/16 | J | | |
| 126. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 127. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 128. Western Asset Core Plus Bond Fund Class I | A | Dividend | J | T | Buy | 06/27/16 | J | | |
| 129. Gateway Fund Class Y | A | Dividend | J | T | Buy | 06/27/16 | J | | |
| 130. Oppenheimer Fundamental Alternatives Fund Class Y | A | Dividend | J | T | Buy | 06/27/16 | J | | |
| 131. Principal GBL Mlti-Strtg | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 132. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 133. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 134. Principal FDS Inc Global Diversified Income Fund Cl P | A | Dividend | J | T | Buy | 05/23/16 | J | | |
| 135. | | | | | Buy (add'l) | 06/27/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. If the same asset is listed multiple times, it is because it is held in several accounts (e.g. lines 27 and 28).

2. The assets listed in lines 95-110 were received on December 23, 2016 in a trust inherited by my spouse.

**FINANCIAL DISCLOSURE REPORT**

Page 13 of 13

Name of Person Reporting

Dein, Judith G.

Date of Report

05/8/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Judith G. Dein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544